**Appeal Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00782-CV

### TSUNAMI RIG WASH, LLC D/B/A HINKLIN ENERGY SERVICES, Appellant

### V.

### DUNAGIN TRANSPORT COMPANY, Appellee

**On Appeal from County Court at Law No. 2
Midland County, Texas
Trial Court Cause No. CC21343**

### MEMORANDUM OPINION

Appellant filed its notice of appeal on September 10, 2019. Our records show that appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. Gov't Code Ann. § 51.207; Tex. R. App. P. 5.

On October 24, 2019, this court ordered appellant to pay the appellate filing fee on or before November 4, 2019, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.